# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

Debtor(s)  <u>Van Swearingen, Alfred &</u>          Case No.: <u>6:15-bk-07833-KSJ</u>
           <u>Van Swearingen, Susan</u>

## <u>1st</u>  AMENDED CHAPTER 13 PLAN

**CHECK ONE:**

    <u>X</u>     Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

    <u>    </u> The Plan contains provisions that are specific to this Plan in paragraph 9, <u>Nonconforming Provisions</u>. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.**     <u>**MONTHLY PLAN PAYMENTS**</u>. Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of **<u>36</u>** months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A)**     $<u>312.00</u> for months<u>  1  </u> through <u>    36    </u>

To pay the following creditors:

**2.**     <u>**ADMINISTRATIVE ATTORNEY'S FEES.**</u>

**Base Fee $<u>4,500.00</u>     Total Paid Prepetition $<u>975.00</u>          Balance Due $<u>3,525.00</u>**

**Estimated Additional Fees Subject to Court Approval     $<u>0.00</u>**

**Attorney's Fees Payable through Plan $<u>271.15</u>/month for months<u> 1  </u>through<u> 13  </u>   (subject to adjustment)**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**3.      PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| -NONE- | | |

_____
_____

**4.      TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.      SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| -NONE- | | | | | |

_____
_____

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| -NONE- | | | |

_____
_____
_____

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @___% |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**(D)    Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ _____% |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| 3209 | Larry Scheffler | First Mortgage Holder, 2929 Turnbull Bay Rd., New Smyrna Beach, FL 32168 |

| 3209 | Arthur & Lorelle Friend | Second Mortgage Holder,<br>2929 Turnbull Bay Rd.<br>New Smyrna Beach, FL 32168 |
|---|---|---|
| 3209 | Thomas W. & Rhonda Collier | Third Mortgage Holder,<br>2929 Turnbull Bay Rd.<br>New Smyrna Beach, FL 32168 |
| 2263 | Nationstar Mortgage, LLC | Mortgage<br>307 Harris St., DeLand, FL 32724 |
| 1297 | Seterus, Inc. | Mortgage<br>5150 Goldenrod Place Rd.,<br>Winter Park, FL 32792 |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| 4292 | Deutsche Bank Trust Company | Judgment Lien Recorded on 10/24/02<br>BK 4951, PG 3790, Volusia County<br>On Investment Property Located at<br>2929 Turnbull Bay Rd.,<br>New Smyrna Beach, FL 32168 |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| -NONE- | | |

## 6. LEASES/EXECUTORY CONTRACTS.

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| -NONE- | | | | |

7.    **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $6,578.76.

Pay $   9.65/month (Months 1  to 13)
Pay $280.80/month (Months 14 to 36)

8.    **ADDITIONAL PROVISIONS:**

(A)    Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

(B)    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C)    Property of the estate (check one)*

(1)    _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2)    X    shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)    The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E)    The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F)    Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9.      **NONCONFORMING PROVISIONS:**

_____

_____

_____


*/s/ Alfred Van Swearingen*                           */s/ Susan Van Swearingen*

Debtor                    Dated: 10/2/2015              Joint Debtor              Dated: 10/2/2015

## CERTIFICATE OF SERVICE

      I/We hereby certify that a true and correct copy of the Debtor(s) Amended Chapter 13 Plan was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix attached, on October 2, 2015.


                          /s/ Thomas W. Collier, Jr., Esq.

                          Attorney for the Debtors

                          Thomas W. Collier, Jr. Esq.

                          101 N. Woodland Blvd., Ste. 212

                          Deland, FL 32720

| DUE DATE | | 15-7833 K | Van Swearingen | | | | ATTY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14th | | 9/14/2015 | | | 10.0% | | | | | | | | | |
| | | Unsecured | | Debtor Pmt | Tee Fee | | ATTY | | | | | | | |
| | 60 | 60 | | | | | | | | | | | | |
| 4/3/2015 | 1 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 5/3/2015 | 2 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 6/3/2015 | 3 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 7/3/2015 | 4 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 8/3/2015 | 5 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 9/3/2015 | 6 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 10/3/2015 | 7 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 11/3/2015 | 8 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 12/3/2015 | 9 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 1/3/2016 | 10 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 2/3/2016 | 11 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 3/3/2016 | 12 | $9.65 | | $312.00 | $31.20 | | $271.15 | | | | | | | |
| 4/3/2016 | 13 | $9.65 | | $312.00 | $31.20 | 13 at | $271.15 | | | | | | | |
| 5/3/2016 | 14 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 6/3/2016 | 15 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 7/3/2016 | 16 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 8/3/2016 | 17 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 9/3/2016 | 18 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 10/3/2016 | 19 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 11/3/2016 | 20 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 12/3/2016 | 21 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 1/3/2017 | 22 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 2/3/2017 | 23 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 3/3/2017 | 24 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 4/3/2017 | 25 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 5/3/2017 | 26 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 6/3/2017 | 27 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 7/3/2017 | 28 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 8/3/2017 | 29 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 9/3/2017 | 30 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 10/3/2017 | 31 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 11/3/2017 | 32 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 12/3/2017 | 33 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 1/3/2018 | 34 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 2/3/2018 | 35 | $280.80 | | $312.00 | $31.20 | | | | | | | | | |
| 3/3/2018 | 36 | $280.80 | 36 at | $312.00 | $31.20 | | | 36 at | | 36 at | | | | |
| 4/3/2018 | 37 | | 1 at | | | | | | | | | | | |
| 5/3/2018 | 38 | | | | | | | | | | | | | |
| 6/3/2018 | 39 | | | | | | | | | | | | | |
| 7/3/2018 | 40 | | | | | | | | | | | | | |
| 8/3/2018 | 41 | | | | | | | | | | | | | |
| 9/3/2018 | 42 | | | | | | | | | | | | | |
| 10/3/2018 | 43 | | | | | | | | | | | | | |
| 11/3/2018 | 44 | | | | | | | | | | | | | |
| 12/3/2018 | 45 | | | | | | | | | | | | | |
| 1/3/2019 | 46 | | | | | | | | | | | | | |
| 2/3/2019 | 47 | | | | | | | | | | | | | |
| 3/3/2019 | 48 | | | | | | | | | | | | | |
| 4/3/2019 | 49 | | | | | | | | | | | | | |
| 5/3/2019 | 50 | | | | | | | | | | | | | |
| 6/3/2019 | 51 | | | | | | | | | | | | | |
| 7/3/2019 | 52 | | | | | | | | | | | | | |
| 8/3/2019 | 53 | | | | | | | | | | | | | |
| 9/3/2019 | 54 | | | | | | | | | | | | | |
| 10/3/2019 | 55 | | | | | | | | | | | | | |
| 11/3/2019 | 56 | | | | | | | | | | | | | |
| 12/3/2019 | 57 | | | | | | | | | | | | | |
| 1/3/2020 | 58 | | | | | | | | | | | | | |
| 2/3/2020 | 59 | | | | | | | | | | | | | |
| 3/3/2020 | 60 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | $6,583.85 | | $11,232.00 | $1,123.20 | | $3,524.95 | | | | | | | |
| | | | | | | | ATTY | | | | | | | |

Label Matrix for local noticing
113A-6
Case 6:15-bk-07833-KSJ
Middle District of Florida
Orlando
Tue Sep 29 08:03:35 EDT 2015

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

ARS National Services, Inc.
PO Box 463023
Escondido, CA 92046-3023

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Arthur and Lorelle Friend
2929 Turnbull Bay Rd
New Smyrna Beach, FL 32168-9288

Aurora Bank Fsb
601 5th Ave
Scottsbluff, NE 69361-3581

Aurora Loan Services
Attn: Bankruptcy Dept.
2617 College Park
Scottsbluff, NE 69361-2294

Bank of America, NA
c/o Brian Moynihan, CEO
100 N Tryon St
Charlotte, NC 28202-4031

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

BeachBody - Power 90
c/o SKO Brenner American
40 Daniel St
Farmingdale, NY 11735-1308

Brevard Water Conditioning/ Db
c/o Tek-Collect Inc
PO Box 1269
Columbus, OH 43216-1269

Brock & Scott, PLLC
c/o Kathleen E. McCarthy, Esq.
1501 NW 49th St Ste 200
Fort Lauderdale, FL 33309-3723

Capl/bstby
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Capital One Bank (USA), NA
c/o Richard D. Fairbank, CEO
4851 Cox Rd
Glen Allen, VA 23060-6293

(p)CAVALRY PORTFOLIO SERVICES LLC
500 SUMMIT LAKE DR
STE 400
VALHALLA NY 10595-2322

Cavalry Portfolio Services, LLC
PO Box 520
Valhalla, NY 10595-0520

Cawley & Bergmann, LLP
117 Kinderkamack Rd Ste 201
River Edge, NJ 07661-1916

Cfc Deficiency Recover/Td Auto Finance
TD Auto Finance/Attn:Bankruptcy
PO Box 551080
Jacksonville, FL 32255-1080

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Chase Mtg
PO Box 24696
Columbus, OH 43224-0696

Choice Legal Group, PA
1800 NW 49th St # 120
Fort Lauderdale, FL 33309-3092

Christian Kovats, DO, PA
c/o LCA Collections
PO Box 2240
Burlington, NC 27216-2240

Chrysler Financial/Td Auto Finance
Attn: Bankruptcy Dept
PO Box 551080
Jacksonville, FL 32255-1080

Citibank, NA
c/o Barbara J. Desoer, CEO
701 E 60th St N
Sioux Falls, SD 57104-0493

Citibank/the Home Depot
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO 63179-0040

Cora Health Services Inc
c/o Commercial Recovery Inc
13335 15 Mile Rd Ste 408
Sterling Heights, MI 48312-4210

Culligan Water Products
PO Box 9307
Daytona Beach, FL 32120-9307

DIRECTV
c/o First National Collection
610 Waltham Way
Sparks, NV 89434-6695

Deutsche Bank Trust Company Delaware
c/o Donna G. Mitchell, President/CEO
1011 Centre Rd Ste 200
Wilmington, DE 19805-1266

Ditech.Com/GMAC Mortgage
Attn: Bankruptcy
1100 Virginia Dr
Fort Washington, PA 19034-3204

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

FMA Alliance, LTD
PO Box 65
Houston, TX 77001-0065


Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227-1115

Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 E Paris Ave SE # Rscb3e
Grand Rapids, MI 49546-6253

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668


G M A C
PO Box 380901
Bloomington, MN 55438-0901

GMAC Mortgage
3451 Hammond Ave
Waterloo, IA 50702-5300

Global Credit & Collection Corp.
2699 Lee Rd Ste 330
Winter Park, FL 32789-1740


Greystone Alliance LLC
33 Dodge Rd Ste 106
Getzville, NY 14068-1540

HSBC Bank USA, NA
c/o Irene Dorner, CEO
1800 Tysons Blvd
McLean, VA 22102-4257

Home Depot
PO Box 790340
Saint Louis, MO 63179-0340


Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JPMorgan Chase Bank, NA
c/o James Dimon, CEO
1111 Polaris Pkwy
Columbus, OH 43240-2050


LabCorp
5610 W La Salle St
Tampa, FL 33607-1770

Larry Scheffler
PO Box 31116
Seattle, WA 98103-1116

Law Offices of Hayt, Hayt & Landau, PL
7765 SW 87th Ave Ste 101
Miami, FL 33173-2535


(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

Midland Credit Management, Inc.
2365 Northside Dr Ste 300
San Diego, CA 92108-2709

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108-2709


Nationstar
PO Box 199111
Dallas, TX 75235

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Northland Group Inc.
PO Box 390905
Minneapolis, MN 55439-0905


Omni Credit Services of Florida, Inc.
PO Box 31179
Tampa, FL 33631-3179

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

Seminole County Tax Collector
Attn: Ray Valdes
Post Office Box 630
Sanford FL 32772-0630

Seterus, Inc.
c/o Jeffrey A. Johnson, Pres.
3039 Cornwallis Rd Bldg 203 Ste AA145
Research Triangle Park, NC 27709-0154

Splash Card/Wffnb
Attn: Bankruptcy
PO Box 10475
Des Moines, IA  50306-0475

Stoneleigh Recovery Associates, LLC
PO Box 1479
Lombard, IL  60148-8479

Syncb/Bernina
PO Box 965036
Orlando, FL  32896-5036


Syncb/lowes
PO Box 956005
Orlando, FL 32896-0001

Synchrony Bank/ Hh Gregg
Attention: Bankruptcy
PO Box 105972
Atlanta, GA  30348-5972

Synchrony Bank/Lowes
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA  30076-9104


Td Auto Finance
PO Box 9223
Farmington Hills, MI  48333-9223

Thd/Cbna
PO Box 6497
Sioux Falls, SD  57117-6497

Thomas W. and Rhonda F. Collier
2305 S Spring Garden Ave
Deland, FL  32720-4472


United Recovery Systems, LP
5800 N Course Dr
Houston, TX  77072-1613

Visa Dept. Stores
Attn: Bankruptcy
PO Box 8053
Mason, OH  45040-8053

Visa Dsnb
9111 Duke Blvd
Mason, OH  45040-8999


Wells Fargo Bank, NA
c/o John G. Stumpf, CEO
101 N Phillips Ave
Sioux Falls, SD 57104-6714

Wffnb/lazboy Mc
PO Box 94498
Las Vegas, NV  89193-4498

Alfred Van Swearingen
1750 Florida Ave.
Oviedo, FL 32765-8918


Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Susan Van Swearingen
1750 Florida Ave.
Oviedo, FL 32765-8918

Thomas W Collier Jr
Thomas W Collier Jr
101 N. Woodland Blvd., Suite 212
DeLand, FL 32720-4247


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Cavalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ  85285-7288

M & T Bank
1 Fountain Plz
Buffalo, NY  14203-1420

(d)M & T Bank
Attn: Bankruptcy
1100 Wehrle Dr Fl 2
Williamsville, NY  14221-7748


Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX  75067-4177

Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA  23502-4962


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Brock & Scott, PLLC
c/o Kathleen E. McCarthy, Esq.
1501 NW 49th St Ste 200
Fort Lauderdale, FL 33309-3723

(d)Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    77
Bypassed recipients     2
Total                  79